ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| EL PUEBLO DE PUERTO RICO | | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez |
|---|---|---|
| Recurrido | | |
| V. | KLCE202400456 | Caso Núm.: ISCR202300444 |
| | | Salón: 202 |
| JOCSAN RUIZ RODRÍGUEZ | | Sobre: |
| Peticionario | | ART. 6.09 L.A. ART. 6.22 L.A. ART. 404 A.S.C. ART. 412 SC |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de agosto de 2024.

Comparece el peticionario, Jocsan Ruiz Rodríguez, en adelante "Ruiz" o Peticionario, mediante este recurso discrecional de *Certiorari*, y solicita nuestra intervención a los fines de revocar una Resolución emitida por el Tribunal de Primera Instancia dictada y notificada el 26 de marzo de 2024, mediante la cual se declaró No Ha Lugar una *Solicitud de Supresión de Evidencia* presentada por éste alegando que el TPI cometió "…error manifiesto en la apreciación de la prueba presentada por el Ministerio Público".[1]

Hemos deliberado los méritos del recurso y concluimos no expedir el auto solicitado. A pesar de que este Tribunal de Apelaciones no tiene que fundamentar su

---

[1] Petición de *Certiorari*, a la página 8.

Número Identificador

RES2024_____

determinación al denegar un recurso de *Certiorari*,[2] en ánimo de que no quede duda en la mente de las partes sobre los fundamentos al denegar ejercer nuestra facultad revisora, abundamos.

El TPI atendió la solicitud de supresión de evidencia presentada y celebró la vista donde el Ministerio Público, de acuerdo a lo resuelto por el distinguido Magistrado del Foro recurrido, rebatió la presunción de ilegalidad e irrazonabilidad de la detención y registro del Peticionario.

En consideración a lo anterior, y luego de evaluar detenidamente el expediente ante nuestra consideración, no encontramos indicio de que el foro recurrido haya actuado de forma arbitraria, caprichosa, haya abusado al ejercer su discreción, o cometido algún error de derecho. *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).

Además, no identificamos fundamentos jurídicos que nos muevan a expedir el auto de *Certiorari* solicitado, conforme a los criterios que guían nuestra discreción para ejercer nuestra facultad revisora en este tipo de recurso. Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Por los fundamentos antes expresados, *denegamos* la expedición del auto de *Certiorari* solicitado.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[2] Véase: *Pueblo v. Cardona López*, 196 DPR 513 (2016)